UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIAM R. JONES<br>    Movant, | ]<br>]<br>] |
| v. | ]   No. 2:08-0009<br>]   CHIEF JUDGE HAYNES |
| UNITED STATES OF AMERICA<br>    Respondent. | ]<br>] |

## ORDER

On February 6, 2014, an order (Docket Entry No. 32) was entered denying the Movant's motion to reopen the instant § 2255 action. Since the entry of this order, the Movant has filed a Notice of Appeal (Docket Entry No. 35).

When a Notice of Appeal is filed in a § 2255 habeas corpus action, the district court is obliged to determine the Movant's liability for the appellate filing fee and to ascertain whether it would be appropriate to grant the Movant a certificate of appealability.

In an earlier order (Docket Entry No. 8), the Court has already determined that a certificate of appealability should not issue in this instance. However, the Movant has yet to either pay the fee required for the filing of his appeal or submit an application to proceed on appeal *in forma pauperis*.

Accordingly, the Movant is hereby **GRANTED** thirty (30) days from the date of entry of this order on the docket in which to submit to the Clerk of this Court either the full appellate filing fee of five hundred five dollars ($505) or an application to proceed on appeal *in forma pauperis*.

1

The Clerk shall forward a copy of this order to the Clerk of the Court of Appeals.

It is so **ORDERED**.

**ENTERED** this the 20th day of February, 2014.

WILLIAM J. HAYNES, JR
Chief Judge
United States District Court